IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO, INC.,<br><br>Defendant. | Civil Action No. 1:20-cv-00057 |

## STIPULATION OF DISMISSAL

Plaintiff James Thompson ("Plaintiff"), *pro se*, and Defendant Sirius XM Radio Inc. ("Sirius XM"), by counsel, hereby stipulate and agree that all matters herein between them have been resolved, and that Plaintiff's cause against Defendant Sirius XM should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees. Plaintiff has given Sirius XM permission to file this Stipulation.

Dated: February 18, 2020

Respectfully submitted,

*/s/ Christopher A. Hall*
Christopher A. Hall
JONES DAY
77 West Wacker
Chicago, Illinois 60601-1692
Tel: (312) 782-3939
Fax: (312) 782-8585
Email: chall@jonesday.com

*Attorneys for Defendant Sirius XM Radio Inc.*

Dated: February 18, 2020

Respectfully submitted,

*/s/ James Thompson* (with permission)

James Thompson
*Plaintiff Pro Se*
PO BOX 597123
Chicago, IL 60659
jamesthompsonlegal@gmail.com

## **CERTIFICATE OF SERVICE**

    I, Christopher A. Hall, certify that on February 18, 2020, I caused the foregoing STIPULATION OF DISMISSAL. to be filed with the Clerk of the Court and served upon all counsel of record via the CM/ECF system.

                                            */s/ Christopher A. Hall*
                                              Christopher A. Hall